# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Rafael Rosa III

<div style="border:1px solid red;">

**FILED**

**09/23/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

</div>

vs

Case Number:

(Full name of defendant(s))

- Officer Wonder
- Officer Morehead
- Sgt. Wright
- Shelby Crichfield

(to be supplied by clerk of court)

- L.T. Stuppy
- Facility Warden Frank Vanihel
- Facility Attorney Mike Ellis

A.    PARTIES

1.    Plaintiff is a citizen of Indiana , and is located at
(State)

6908 Sold us Hwy 41, Po Box 1111, Carlisle, In - 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant Wonder
(Name)

Complaint - 1

## — Defendents —

3.  Defendent Morehead is A Citizen of Indiana and Resides at (unknown Address) and Worked for Wabash Valley Correctional Facility, 6908 S Old US Hwy 41, Po Box 1111, Carlisle, In- 47838.

4.  Defendent Sgt. Wright is a citizen of Indiana and Resides at (unknown Address) and worked for wabash Valley Correctional Facility, 6908 S old US Hwy 41, PO Box 1111, Carlisle, In- 47838.

5.  Defendent Frank vanihel is a citizen of Indiana and Resides at (unknown Address) and worked for Wabash Valley Correctional Facility, 6908 S old US Hwy 41, Po Box 1111, Carlisle, In- 47838.

6.  Defendent Mike Ellis is a Citizen of Indiana and Resides at (unknown Address) and worked for Wabash Valley Correctional Facility, 6908 S old US Hwy 41, Po Box 1111, Carlisle, In- 47838.

7.  Defendent shelby Crichfield is a Citizen of Indiana and Resides at (unknown Address) and worked for wabash Valley Correctional Facility, 6908 S old US Hwy 41, Po Box 1111, Carlisle, In- 47838.

8.  Defendent L.T Stuppy is a citizen of Indiana and Resides at (unknown Address) and worked for Wabash Valley Correctional Facility, 6908 S old US Hwy 41, Po Box 1111, Carlisle, In- 47838

## — Statement of claim Below —

is (if a person or private corporation) a citizen of **Indiana**

(State, if known)

and (if a person) resides at **Address Unknown**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Wabash Valley Correctional Facility** **6908 Sold us Hwy 41 PO Box 1111 Carlisle, In - 47838**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On 6-30-2022 I was physically Assualted causing Injury by (2) Correctional officers which Are officer "Wonder" and officer "Morehead" while In Physical Restraints. After the Incident I notified L.T Stuppy (Housing L.T), Facility Warden Frank Vanihel, Shelby Crichfield was notified, Housing Unit Sgt Wright was notified, I Also notified Mike Ellis, I Also notified A nurse (nurse Unknown) reguarding the physical Assualt causing Injury on 6-30-2022. I Also Completed the offender Grievance Process And exhuasted the grievance Process, Grievance Case no: 143000, the grievance Department didn't follow policy due to Shelby Crichfield Aware of the physical Assault

Complaint - 2

and in Grievance #143000 I Requested photo's be take of my Injuries and the Indiana Dept Of Corrections havent took photo's of my Injuries which I was Able to take A photo Approx July 5, 2022 (view photo) since the facility didnt.

    On 6-30-2022 I was being escorted by officer "Wonder" and officer "Morehead" Approx 1:40p to the CCU med-Room for "telephych", I entered the med-Room and was verbally speaking With Mental Health Medication ~~Prescriber~~ Prescriber which I and Dr. Booner had a disagreement, I am handcuffed from the back, Im not yelling, Not threatening Anyone, not posing A threat to myself, officers or putting the safety and Security of the facility At Risk by laying face down on the floor. I was laying face down while handcuffed from the back when Officer Wonder and officer Morehead "Yanked" me up from my Shoulder Area which both my shoulders felt like they "Popped" out of Socket and once Im on my feet Officer Morehead had his hand on my wrist while officer Wonder had his hand between my shoulder Area, once out the Med-Room I was thrown head first (1st) into the wall directly outside the Med-Room by officer Wonder and officer Morehead by physically throwing me with 100% extra force while my Arms was in the Air over my head which I hit the wall very hard and I Instantly got a headache and saw white little sparkles floating in the Air everywere, I was then kicked in my Right thigh by officer Wonder which Any Pressure I put on my Right leg my upper Right thigh was very sore and it hurt me to put Any Pressure on my Right leg

Complaint - 3

After Officer Wonder kicked me in my Right thigh Officer Wonder kicked me in my side of my head, I was seeing sparkles and I was light headed After officer wonder kicked HA me on the side of my Right head, while officer wonder and officer morehead through me head first into that # wall, I was having both my wrist "tugged" on by officer Morehead and the handcuffs digging into both my wrist causing Pain, while this was taking place officer morehead was twisting my wrist which was causing Pain, I had my Arms over my head which had my body in a weird body Position I was completly defenslis. officer Morehead was yanking and twisting my wrist, officer Wonder kicked me in my thigh, my head and both officers through me head first into the wall. While I was being physically Assualted I was crying because I didnt do Anything to both officers for these officers to hurt me. I was crying because both officers hurt me and Im still suffering from being physically Assualted by pain and I have been Anxiely when I see officers. I still hear the sound of they keys Jingling in my ear, I 100% thought they was going to kill me. I was Yelling for both officers to stop hurting me, they hurting me, I was even yelling while crying I was not doing Anything, the thought "Im dead" they going to kill me crossed my mind. I was yelling from the start to the end of both officers physically Assualting me and they didnt stop, A signal 8 was called After they Assualted me. I Recieved A Conduct Report for fleeing And Resisting — I never fled or Resisted. After I was Already Assualted Sgt. Wright was notified and called medical to check me out, I told medical what took place And I Asked the Nurse to Access me out of my cell which was denied And the nurse saw me through the window of my cell (Q 310). I called my mother to Report what Just took place. I called #86 and made A Complaint with the facility Investigaters. I wrote the warden and Requested to be Removed from the cell house for Protection and if not for All my future movement to be Recorded for Legal Documentation And was denied, I notified Mr. Ellis And Asked to be Removed from the cell house if not for All my future Movement be Recorded for Legal Documentation, I Contacted L.T Stuppy and notified Mr. Stuppy About the Assualt and was told he would look into it, I Contacted Ms. Crichfield About the Assualt And Requested in grievance #143000 for footage be saved and pictures be taken of All my Injures and no photo was taken. I was Physically Assualted by officer Wonder and officer Morehead on 6-30-22 causing Injury. Also False Information was given in my grievance, I was Assaulted and this is Against policy.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR-

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

- Im Seeking $1,500,000.00 for damages, violating my prisoner Rights, 8th and 14th Amendments violation, Pain and Suffering, emotional distress, physical distress, Mental distress, delibrate Indeffrence, physical Assualt, excessive Force causing Injury.

- IDOC to properly train officers to Prevent something like what took place in my Complaint.

- Wabash Valley Correctional Facility to Install Camera's on All Ranges, Med-Room Officer Break-Room, Core Area! Camera's need to be Installed for Officers Protection And Offenders Protection to Prevent Another Incident occuring suck like me and my claim.

- Wabash Valley Correctional Facility to follow Policy.

Complaint - 4

E.    JURY DEMAND

[X]    Jury Demand – I want a jury to hear my case
                    OR

[ ]    Court Trial – I want a judge to hear my case

Dated this 16th day of September 20 22.

Respectfully Submitted,

*Rafael Rosa III*

Signature of Plaintiff

257262

Plaintiff's Prisoner ID Number

6908 S old US Hwy 41, Po Box 1111,

Carlisle In – 47838

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE
FILING FEE

[X]    I **DO** request that I be allowed to file this complaint without paying the filing
fee. I have completed a request to proceed in the district court without
prepaying the fee and attached it to the complaint.

[ ]    I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.