Dismissal without prejudice acknowledged.

JRS, DJ, 9/12/2032.

Distribution to counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAFAEL ROSA, III, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-00419-JRS-MKK |
| | ) |
| OFFICER WONDER and | ) |
| OFFICER MOREHEAD, | ) |
| | ) |
| *Defendants*. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rafael Rosa, III and Defendants Wonder and Morehead jointly stipulate that the above-captioned case is dismissed without prejudice but with a right to re-file, with each party to bear its own costs. Undersigned counsel for Plaintiff would like to inform the Court that he intends to remain as counsel for Plaintiff under Local Rule 87 if/when Plaintiff's claim is refiled.

So stipulated on September 8, 2023:

By: */s/ Reid E. Dodge*
Reid E. Dodge, #32567-49
FAEGRE DRINKER BIDDLE
& REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:    (317) 237-1000
reid.dodge@faegredrinker.com

*Counsel for Plaintiff*

By: */s/ John R. Oosterhoff (with permission)*
John R. Oosterhoff, #37658-49
Deputy Attorney General
Office of the Indiana Attorney General
Indiana Government Center South, 5th Fl.
302 W. Washington St.,
Indianapolis, IN 46204-2770
Phone: (317-234-7117
Fax: (317) 232-7979
John.oosterhoff@atg.in.gov

*Counsel for Defendants*